ANDREW A. CHIU, ESQ.
Nevada Bar. No. 10326
JESSICA A. WEST, ESQ.
Nevada Bar No. 009929
CHIU & FERRIS
7455 Arroyo Crossing Parkway, Suite 300
Las Vegas, Nevada 89113
Phone: (702) 940-3529
Fax:     1-855-429-3413
jessica.west@aig.com

Attorney for Third-Party Defendant
AMERICAN ASPHALT & GRADING COMPANY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| AZURE MANOR/RANCHO DE PAZ HOMEOWNERS ASSOCIATION, a Nevada residential, common-interest planned community, <br><br> Plaintiff, <br><br> vs. <br><br> D.R. HORTON, INC., a Delaware corporation; U.S. HOME CORPORATION, a Delaware corporation; LENNAR CORPORATION, a Nevada corporation; LENNAR SALES CORP., a California corporation, and DOES 1-225, inclusive, <br><br> Defendants. | CASE NO.: 2:15-CV-01623-GMN-VCF <br><br> **STIPULATION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE** |
| U.S. HOME CORPORATION, a Delaware corporation, <br><br> Third- Party Plaintiff. <br><br> vs. <br><br> AMERICAN ASPHALT & GRADING COMPANY, a Nevada corporation; M&M | |

1

| | |
|---|---|
| 1 | CONSTRUCTION, INC, a Nevada ) |
| | corporation; TERRA CONTRACTING, INC., ) |
| 2 | a Nevada corporation; NEVADA ) |
| | LANDSCAPE CORP., a Nevada corporation; ) |
| 3 | MS CONCRETE CO., INC., a Nevada ) |
| | corporation; THE SYLVANIE COMPANIES, ) |
| 4 | INC. dba DRAKE ASPHALT & CONCRETE, ) |
| | a Nevada company; C&H CONCRETE, LLC ) |
| 5 | dba CORONADO CONCRETE, a Nevada ) |
| | limited liability company; NEW CREATION ) |
| 6 | MASONRY, INC., a Nevada corporation; MSI ) |
| | LANDSCAPING, INC., a Nevada corporation ) |
| 7 | fka MIST SYSTEMS INTERNATIONAL, a ) |
| | Nevada corporation, ) |

Third-Party Defendants.

**IT IS HEREBY STIPULATED** by and between Defendant/Third-Party Plaintiff U.S. HOME CORPORATION, LENNAR CORPORATION and LENNAR SALES CORP. (hereinafter collectively "U.S. HOME"), by and through their attorney of record, Gregory H. King, Esq. and Sarah J. Odia, Esq., of the law offices of PAYNE & FEARS, LLP, and Third-Party Defendant AMERICAN ASPHALT & GRADING COMPANY (hereinafter "AA&G"), by and through its attorney of record, Jessica A. West, Esq., of the law offices of CHIU & FERRIS, that any and all claims against AA&G by U.S. HOME, be dismissed without prejudice.

...

2

*Azure Manor/Rancho De Paz HOA v. U.S. Home*
Case No.: 2:15-CV-01623-GMN-VCF

IT IS SO STIPULATED.

DATED this 3rd day of March, 2016

PAYNE & FEARS LLP

_____
GREGORY H. KING, ESQ.
Nevada Bar No. 7777
SARAH J. ODIA, ESQ.
Nevada Bar No. 11053
7251 W. Lake Mead Blvd., Suite 525
Las Vegas, Nevada 89128

*Attorneys for Defendants/Third-PartyPlaintiffs U.S. HOME CORPORATION; LENNAR CORPORATION; and LENNAR SALES CORP.*

DATED this 11th day of March, 2016

CHIU & FERRIS

_____
ANDREW A. CHIU, ESQ.
Nevada Bar No. 10326
JESSICA A. WEST, ESQ.
Nevada Bar No. 9929
7455 Arroyo Crossing Parkway, Suite 300
Las Vegas, Nevada 89113

*Attorneys for Third-Party Defendant AMERICAN ASPHALT & GRADING COMPANY*

. . .

## ORDER

**IT IS HEREBY ORDERED** that any and all claims against AA&G by U.S. HOME, be dismissed without prejudice.

DATED: March 22, 2016

_____
UNITED STATES DISTRICT COURT JUDGE

Respectfully submitted by:

CHIU & FERRIS

_____
ANDREW A. CHIU, ESQ.
Nevada Bar No. 10326
JESSICA A. WEST, ESQ.
Nevada Bar No. 9929
7455 Arroyo Crossing Parkway, Suite 300
Las Vegas, Nevada 89113

*Attorneys for Third-Party Defendant*
AMERICAN ASPHALT & GRADING COMPANY

Chiu & Ferris
7455 Arroyo Crossing Parkway, Suite 300
Las Vegas, Nevada 89113
Telephone No. (702) 940-3529
Facsimile No. (855)429-3413