# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| AZURE MANOR/RANCHO DE PAZ HOMEOWNERS ASSOCIATION, <br><br> Plaintiffs, <br><br> vs. <br><br> D.R. HORTON, INC., *et al.*, <br><br> Defendants. | 2:15-cv-01623-GMN-VCF <br> **ORDER** |

      Before the court is Third-Party Defendant Bravo Underground, Inc.'s Motion for Determination of Good Faith Settlement on Order Shortening Time (#67).

      IT IS HEREBY ORDERED that a hearing on Third-Party Defendant Bravo Underground, Inc.'s Motion for Determination of Good Faith Settlement on Order Shortening Time (#67) is scheduled for 3:00 p.m., May 3, 2016, in courtroom 3D.

      DATED this 11th day of April, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE