# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| AZURE MANOR/RANCHO DE PAZ HOMEOWNERS ASSOCIATION, a Nevada residential common-interest planned community,<br><br>Plaintiff,<br><br>vs.<br><br>D.R. HORTON, INC., a Delaware corporation; U.S. HOME CORPORATION, a Delaware corporation; LENNAR CORPORATION, a Nevada corporation; LENNAR SALES CORP., a California corporations, and DOES 1-2225, inclusive,<br><br>Defendants<br><br>*and related cases.* | 2:15-cv-01623-GMN-VCF<br><br>**ORDER GRANTING MOTION FOR GOOD FAITH SETTLEMENT AND REPORT AND RECOMMENDATION** |

Before the court is Bravo Underground, Inc.'s Motion for Determination of Good Faith Settlement. (#67). On March 10, 2016, D.R. Horton, Inc. ("DRH") and Bravo reached a settlement regarding DRH's claims against Bravo. A hearing was held on May 3, 2016 at 3:00 p.m.

Considering the relevant points and authorities and the representations of counsel, the parties' $50,000 settlement is reasonable. Settlement was reached through mediation, and there is no evidence of collusion, fraud, or tortious conduct aimed to injure the interests of the non-settling parties. The court finds that DRH's release of Bravo pursuant to this settlement is given in good faith in accordance with Nevada Revised Statute § 17.245.

Approval of this settlement pursuant to N.R.S. § 17.245 discharges Bravo from all liability for contribution and for equitable indemnity to any other tortfeasor.

ACCORDINGLY, and for good cause show,

IT IS HEREBY ORDERED that Bravo Underground, Inc.'s Motion for Determination of Good Faith Settlement (#67) is GRANTED in part and DENIED in part.  The court determines that this is a good faith settlement but it will not retain jurisdiction over this settlement after the consideration is paid.

IT IS FURTHER RECOMMENDED that, upon notice to the court that DRH has received the $50,000 settlement, all of D.R. Horton, Inc.'s claims against Bravo Underground, Inc. be dismissed with prejudice.

DATED this 4th day of May, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE