# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

AZURE MANOR/RANCHO DE PAZ
HOMEOWNERS ASSOCIATION,

        Plaintiff,

vs.

D.R. HORTON, INC., *et al.*,

        Defendants.

2:15-cv-01623-GMN-VCF

**ORDER**

      Before the court is Third-Party Defendant Nevada Landscape Corp.'s Motion for Determination of Good Faith Settlement as to Third-Party Action Brought by U.S. Corporation, Lennar Corporation, and Lennar Sales Corp. Only on Order Shortening Time (ECF No. 93).

      IT IS HEREBY ORDERED that a hearing on Third-Party Defendant Nevada Landscape Corp.'s Motion for Determination of Good Faith Settlement as to Third-Party Action Brought by U.S. Corporation, Lennar Corporation, and Lennar Sales Corp. Only on Order Shortening Time (ECF No. 93) is scheduled for 10:00 a.m., July 13, 2016, in courtroom 3D.

      DATED this 8th day of June, 2016.

                                      CAM FERENBACH
                                      UNITED STATES MAGISTRATE JUDGE