1  Joel D. Odou
   Nevada Bar No. 7468
2  jodou@wshblaw.com
   Christina M. Mamer
3  Nevada Bar No. 13181
   cmamer@wshblaw.com
4  Amy L. Rosen
   Nevada Bar No. 13946
5  arosen@wshblaw.com
   Wood, Smith, Henning & Berman LLP
6  7674 West Lake Mead Boulevard, Suite 150
   Las Vegas, Nevada 89128-6644
7  Telephone: 702 251 4100

8  Attorneys for Defendant/Third-Party Plaintiff
   D.R. HORTON, INC.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
7674 WEST LAKE MEAD BOULEVARD, SUITE 150
LAS VEGAS, NEVADA 89128-6644
TELEPHONE 702 251 4100 ♦ FAX 702 251 5405

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| AZURE MANOR/RANCHO DE PAZ HOMEOWNERS ASSOCIATION, a Nevada residential, common-interest planned community,<br><br>Plaintiff,<br><br>v.<br><br>D.R. HORTON, INC., a Delaware corporation; U.S. CORPORATION, a Delaware corporation; LENNAR CORPORATION, a Nevada corporation; LENNAR SALES CORP., a California corporation; and DOES 1-225, inclusive,<br><br>Defendants.<br><br>D.R. HORTON, INC., a Delaware corporation,<br><br>v.<br><br>Defendant/Third-Party Plaintiff,<br><br>AMERICAN ASPHALT & GRADING COMPANY,  a Nevada corporation; BEBOUT CONCRETE, INC., a Nevada corporation; BRAVO UNDERGROUND, INC., a Nevada corporation; NEVADA LANDSCAPE CORP. d/b/a L & J LANDSCAPE, a Nevada corporation; NEW CREATION MASONRY, INC., a Nevada corporation; SOUTHERN NEVADA PAVING, INC., a Nevada corporation,<br><br>Third-Party Defendants. | Case No.  2:15-cv-01623 –GMN-VCF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE OF BRAVO UNDERGROUND, INC.** |

## STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE OF BRAVO UNDERGROUND, INC.

It is hereby stipulated and agreed between Defendant/Third-Party Plaintiff, D.R. HORTON, INC., by and through its counsel, the law firm of WOOD, SMITH, HENNING & BERMAN, LLP, and Third-Party Defendant, Bravo Underground, Inc., by and through its counsel, the law firm of NEVADA WALKER, PLLC, that Third-Party Defendant, Bravo Underground, Inc., is DISMISSED with prejudice, from the instant action, each party to bear their own attorneys' fees and costs.

DATED this 10 day of June, 2016.          DATED this 7th day of June, 2016.

WOOD, SMITH, HENNING & BERMAN LLP      NEVADA WALKER, PLLC

By: _____      By: _____
Joel D. Odou                             Kirk N. Walker, Esq.
Nevada Bar No. 7468                       Nevada Bar No. 11315
Christina M. Mamer                        400 S. Fourth Street, Suite 500
Nevada Bar No. 13181                      Las Vegas, NV 89101
Amy L. Rosen
Nevada Bar No. 13946                      Attorney for Bravo Underground, Inc.
Wood, Smith, Henning & Berman LLP
7674 West Lake Mead Boulevard, Suite 150
Las Vegas, Nevada 89128-6644
Telephone: 702 251 4100

Attorneys for Defendant/Third-Party Plaintiff
D.R. HORTON, INC.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
7674 WEST LAKE MEAD BOULEVARD, SUITE 150
LAS VEGAS, NEVADA 89128-6644
TELEPHONE 702 251 4100 ♦ FAX 702 251 5405

1

## ORDER

2    Pursuant to the above Stipulation, IT IS HEREBY ORDERED, ADJUDGED AND

3    DECREED as follows:

4    That Third-Party Defendant, Bravo Underground, Inc., is DISMISSED with prejudice from the

5    instant action, each party to bear their own attorneys' fees and costs.

6    **IT IS SO ORDERED.**

7    DATED this 10 day of June , 2016.

8

9    _____

10   UNITED STATES MAGISTRATE JUDGE

11   Respectfully Submitted By:

12   WOOD, SMITH, HENNING & BERMAN LLP

13

14   By: _____

15      Joel D. Odou
       Nevada Bar No. 7468
16      Christina M. Mamer
       Nevada Bar No. 13181
17      Amy L. Rosen
       Nevada Bar No. 13946
18      Wood, Smith, Henning & Berman LLP
       7674 West Lake Mead Boulevard, Suite 150
19      Las Vegas, Nevada 89128-6644
       Telephone: 702 251 4100

20      Attorneys for Defendant/Third-Party Plaintiff
       D.R. HORTON, INC.

21

22

23

24

25

26

27

28

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
7674 WEST LAKE MEAD BOULEVARD, SUITE 150
LAS VEGAS, NEVADA 89128-6644
TELEPHONE 702 251 4100 ● FAX 702 251 5405