# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| AZURE MANOR/RANCHO DE PAZ HOMEOWNERS ASSOCIATION, <br><br> Plaintiff, <br><br> vs. <br><br> D.R. HORTON, INC., *et al.*, <br><br> Defendants. | 2:15-cv-01623-GMN-VCF <br> **ORDER** |

Before the court is Third-Party Defendant MSI Landscaping, Inc.'s Motion for Determination of Good Faith Settlement (ECF No. 96).

IT IS HEREBY ORDERED that a hearing on Third-Party Defendant MSI Landscaping, Inc.'s Motion for Determination of Good Faith Settlement (ECF No. 96) is scheduled for 10:00 a.m., July 13, 2016, in courtroom 3D.

DATED this 13th day of June, 2016.

_____

CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE