Gregory H. King
Nevada Bar No. 7777
ghk@paynefears.com
Sarah J. Odia
Nevada Bar No. 11053
sjo@paynefears.com
PAYNE & FEARS LLP
7251 W. Lake Mead Blvd., Suite 525
Las Vegas, Nevada 89128
Telephone: (702) 851-0300
Facsimile: (702) 851-0315

Attorneys for Defendants and Third-Party Plaintiffs
U.S. HOME CORPORATION; LENNAR CORPORATION;
and LENNAR SALES CORP.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| AZURE MANOR/RANCHO DE PAZ HOMEOWNERS ASSOCIATION, a Nevada residential, common-interest planned community,<br><br>          Plaintiff,<br><br>     v.<br><br>D.R. HORTON, INC., a Delaware corporation; U.S. HOME CORPORATION, a Delaware corporation; LENNAR CORPORATION, a Nevada corporation; LENNAR SALES CORP., a California corporation, and DOES 1-225, inclusive,<br><br>          Defendants. | CASE NO.: 2:15-cv-01623-GMN-VCF<br><br>**[PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE OF US HOME CORPORATION, LENNAR CORPORATION, AND LENNAR SALES CORPORATION'S THIRD-PARTY COMPLAINT AGAINST NEW CREATION MASONRY, INC.** |
| U.S. HOME CORPORATION, a Delaware corporation,<br><br>          Third-Party Plaintiff.<br><br>     v.<br><br>AMERICAN ASPHALT & GRADING COMPANY, a Nevada corporation; M&M CONSTRUCTION, INC, a Nevada corporation; TERRA CONTRACTING, INC., a Nevada corporation; NEVADA LANDSCAPE CORP., a Nevada corporation; MS CONCRETE CO., INC., a Nevada corporation; THE SYLVANIE COMPANIES, INC. dba DRAKE ASPHALT & | |

PAYNE & FEARS LLP
ATTORNEYS AT LAW
7251 W. LAKE MEAD BLVD., SUITE 525
LAS VEGAS, NEVADA 89128
(702) 851-0300

CONCRETE, a Nevada company; C&H CONCRETE, LLC dba CORONADO CONCRETE, a Nevada limited liability company; NEW CREATION MASONRY, INC., a Nevada corporation; MSI LANDSCAPING, INC., a Nevada corporation fka MIST SYSTEMS INTERNATIONAL, a Nevada corporation,

Third-Party Defendants.

Third-Party Plaintiffs US Home Corporation, Lennar Corporation, and Lennar Sales Corporation (hereinafter collectively, "US Home") hereby dismisses, with prejudice, its Complaint against third-party defendant New Creation Masonry, Inc. in its entirety, with each party to bear its own fees and costs.

DATED: May 13, 2016                    PAYNE & FEARS LLP


                                       By      */s/ Sarah J. Odia*
                                          GREGORY H. KING, NV Bar No. 7777
                                          SARAH J. ODIA, NV Bar No. 11053
                                          7251 W. Lake Mead Blvd., Suite 525
                                          Las Vegas, Nevada 89128
                                          Tel. (702) 851-0300

                                          Attorneys for Defendants and Third-Party
                                          Plaintiffs U.S. HOME CORPORATION;
                                          LENNAR CORPORATION; and LENNAR
                                          SALES CORP.


**ORDER**

IT IS SO ORDERED.

Dated: June 13, 2016
                                       _____
                                       UNITED STATES DISTRICT COURT JUDGE

4830-9650-8465.1

-2-