**Shumway Van**
BRENT D. HUNTLEY, ESQ.
Nevada Bar No. 12405
SAMUEL A. MARSHALL, ESQ.
Nevada Bar No. 13718
8985 South Eastern Avenue, Suite 100
Las Vegas, Nevada 89123
Telephone: (702) 478-7770
Facsimile: (702) 478-7779
Email: brent@shumwayvan.com
Email: samuel@shumwayvan.com
*Attorneys for Third-Party Defendant,*
*C&H Concrete, LLC dba Coronado*
*Concrete*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| AZURE MANOR/RANCHO DE PAZ HOMEOWNERS ASSOCIATION, a Nevada residential, common-interest planned community, <br><br> Plaintiff, <br><br> v. <br><br> D.R. HORTON, INC., a Delaware corporation; U.S. HOME CORPORATION, a Delaware corporation; LENNAR CORPORATION, a Nevada corporation; LENNAR SALES CORP., a California corporation, and DOES 1-225, inclusive, <br><br> Defendants. <br><br> U.S. HOME CORPORATION, a Delaware corporation, <br><br> Third-Party Plaintiff, <br><br> v. <br><br> AMERICAN ASPHALT & GRADING COMPANY, a Nevada corporation; M&M CONSTRUCTION, INC, a Nevada corporation; TERRA CONTRACTING, INC., a Nevada corporation; NEVADA LANDSCAPE CORP., a Nevada corporation; MS CONCRETE CO., INC., a Nevada corporation; THE SYLVANIE COMPANIES, INC. dba DRAKE ASPHALT & CONCRETE, a Nevada company; C&H | Case No.: 2:15-cv-01623-GMN-VCF <br><br> **STIPULATION AND ORDER TO DISMISS THIRD-PARTY DEFENDANT C&H CONCRETE, LLC DBA CORONADO CONCRETE WITHOUT PREJUDICE** |

1  CONCRETE. LLC dba CORONADO CONCRETE, a Nevada limited liability company; NEW CREATION MASONRY, a Nevada corporation; MSI LANDSCAPING, INC., Nevada corporation fka MIST SYSTEMS INTERNATIONAL, a Nevada corporation,

Third-Party Defendants.

**IT IS HEREBY STIPULATED** by and between Defendant/Third-Party Plaintiff U.S. Home Corporation ("U.S. Home"), by and through its attorneys of Record, the law offices of Payne & Fears, LLP, and C&H Concrete, LLC dba Coronado Concrete ("C&H"), by and through its attorneys of record, the law firm of Shumway Van, that any and all claims against C&H by U.S. Home be dismissed without prejudice.

DATED this 24 day of May, 2016.

**SHUMWAY VAN**

By: _____
BRENT D. HUNTLEY, ESQ.
Nevada Bar No. 12405
SAMUEL A. MARSHALL, ESQ.
Nevada Bar No. 13718
8985 South Eastern Avenue, Suite 100
Las Vegas, Nevada 89123
*Attorneys for Third-Party Defendant,
C&H Concrete, LLC dba Coronado
Concrete*

DATED this 6 day of May, 2016.

**PAYNE & FEARS**

By: _____
SARAH J. ODIA, ESQ.
Nevada Bar No. 12405
7251 West Lake Mead Blvd., Ste. 525
Las Vegas, Nevada 89128
*Attorneys for Third-Party Plaintiff U.S.
Home Corporation*

**ORDER**

Based upon the foregoing Stipulation of the parties hereto,

IT IS HEREBY ORDERED that Third-Party Plaintiff U.S. Home Corporation's Third-Party Complaint, and each and every cause of action or claim for injury and/or damage therein, against Third-Party Defendant C&H Concrete, LLC dba Coronado Concrete, be dismissed **without prejudice**, with each party to bear their own fees and costs.

DATED this __7__ day of __July__ 2016.

_____
DISTRICT COURT JUDGE

Submitted by:

SHUMWAY VAN

By:_____
Brent D. Huntley, Esq.
Nevada Bar No. 12405
8985 South Eastern Avenue, Suite 100
Las Vegas, Nevada 89123
Attorneys for Third-Party Plaintiff U.S.