# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| AZURE MANOR/RANCHO DE PAZ HOMEOWNERS ASSOCIATION, a Nevada residential common-interest planned community,<br><br>Plaintiff,<br><br>vs.<br><br>D.R. HORTON, INC., a Delaware corporation; U.S. HOME CORPORATION, a Delaware corporation; LENNAR CORPORATION, a Nevada corporation; LENNAR SALES CORP., a California corporations, and DOES 1-2225, inclusive,<br><br>Defendants<br><br>*and related cases.* | 2:15-cv-01623-GMN-VCF<br><br>**AMENDED ORDER GRANTING MOTION FOR GOOD FAITH SETTLEMENT AND REPORT AND RECOMMENDATION** |

      Before the court is third-party defendant MSI Landscaping's Motion for Determination of Good Faith Settlement. (ECF No. 96). U.S. Home and MSI reached a settlement regarding U.S Home's claims against MSI e. A hearing was held on July 13, 2016 at 10:00 a.m.

      Considering the relevant points and authorities and the representations of counsel, the parties' $17,500 settlement is reasonable. Settlement was reached through mediation, and there is no evidence of collusion, fraud, or tortious conduct aimed to injure the interests of the non-settling parties. The court finds that U.S. Home's release of MSI pursuant to this settlement is given in good faith in accordance with Nevada Revised Statute § 17.245.

      Approval of this settlement pursuant to N.R.S. § 17.245 discharges MSI from all liability for contribution and for equitable indemnity to any other tortfeasor.

ACCORDINGLY, and for good cause show,

IT IS HEREBY ORDERED that MSI Landscaping's Motion for Determination of Good Faith Settlement (ECF No. 96) is GRANTED.

IT IS FURTHER RECOMMENDED that, upon notice to the court that U.S. Home has received the $17,500 settlement, all of U.S. Home's claims against MSI Landscaping be dismissed with prejudice.

DATED this 15th day of July, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE