**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

AZURE MANOR/RANCHO DE PAZ
HOMEOWNERS ASSOCIATION,

      Plaintiff,

vs.

D.R. HORTON, INC. *et al.*,

      Defendants.

2:15-cv-01623-GMN-VCF

**ORDER**

    Before the court is Defendant/Third-Party Plaintiff D.R. Horton, Inc.'s Motion for Leave to Amend Third-Party Complaint on Order Shortening Time (ECF No. 111).

    IT IS HEREBY ORDERED that any opposition to Defendant/Third-Party Plaintiff D.R. Horton, Inc.'s Motion for Leave to Amend Third-Party Complaint on Order Shortening Time (ECF No. 111) must be filed on or before July 26, 2016.  Any reply in support of the motion must be filed on or before August 1, 2016.

    DATED this 20th day of July, 2016.

_____

CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE