# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| AZURE MANOR/RANCHO DE PAZ HOMEOWNERS ASSOCIATION,<br><br>Plaintiff,<br><br>vs.<br><br>D.R. HORTON, INC. *et al.*,<br><br>Defendants. | 2:15-cv-01623-GMN-VCF<br>**ORDER** |

Before the court is Defendant/Third-Party Plaintiff D.R. Horton, Inc.'s Motion for Leave to Amend Third-Party Complaint on Order Shortening Time (ECF No. 111).

IT IS HEREBY ORDERED that a hearing on Defendant/Third-Party Plaintiff D.R. Horton, Inc.'s Motion for Leave to Amend Third-Party Complaint on Order Shortening Time (ECF No. 111) is scheduled for 11:00 a.m., August 8, 2016, in courtroom 3D.

DATED this 21st day of July, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE