UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

AZURE MANOR/RANCHO DE PAZ
HOMEOWNERS ASSOCIATION,

        Plaintiff,

vs.

D.R. HORTON, INC., *et al.*,

        Defendants.

2:15-cv-01623-GMN-VCF

**ORDER**

Before the court is M&M Construction, Inc.'s Motion for Determination of Good Faith Settlement on an Order Shortening Time (ECF No. 114).

Accordingly,

IT IS HEREBY ORDERED that an opposition to M&M Construction, Inc.'s Motion for Determination of Good Faith Settlement on an Order Shortening Time (ECF No. 114) must be filed on or before August 3, 2016. No reply necessary.

IT IS FURTHER ORDERED that a hearing on M&M Construction, Inc.'s Motion for Determination of Good Faith Settlement on an Order Shortening Time (ECF No. 114) is scheduled for 10:00 a.m., August 12, 2016, in courtroom 3D.

DATED this 26th day of July, 2016.

                                              _____
                                              CAM FERENBACH
                                              UNITED STATES MAGISTRATE JUDGE