# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

***

AZURE MANOR/RANCHO DE PAZ
HOMEOWNERS ASSOCIATION,

              Plaintiff,

vs.

D.R. HORTON, INC., *et al.*,

              Defendants.

2:15-cv-01623-GMN-VCF

**ORDER**

Due to a conflict on the Court's calendar,

IT IS HEREBY ORDERED that the hearing on M&M Construction, Inc.'s Motion for Determination of Good Faith Settlement on an Order Shortening Time (ECF No. 114) scheduled for 10:00 a.m., August 12, 2016 is **RESCHEDULED to 11:00 a.m., August 12, 2016**, in courtroom 3D.

DATED this 1st day of August, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE