# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

AZURE MANOR/RANCHO DE PAZ
HOMEOWNERS ASSOCIATION,

        Plaintiff,

vs.

D.R. HORTON, INC., *et al.*,

        Defendants.

2:15-cv-01623-GMN-VCF

**ORDER**

       Before the Court is *Azure Manor/Rancho De Paz Homeowners Association v. D.R. Horton, Inc., et al.*, case number 2:15-cv-01623-GMN-VCF.

       IT IS HEREBY ORDERED that the hearing on Defendant/Third-Party Plaintiff D.R. Horton, Inc.'s Motion for Leave to Amend Third-Party Complaint (ECF No. 111) scheduled for 11:00 a.m., August 8, 2016 is **RESCHEDULED to 11:00 a.m., August 12, 2016**, in courtroom 3D.

       DATED this 2nd day of August, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE