# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| AZURE MANOR/RANCHO DE PAZ HOMEOWNERS ASSOCIATION,<br><br>        Plaintiff,<br><br>vs.<br><br>D.R. HORTON, INC., *et al.*,<br><br>        Defendants. | 2:15-cv-01623-GMN-VCF<br>**MINUTE ORDER** |

      Before the Court are Third-Party Defendant MS Concrete Co., Inc.'s Motion to Place Settlement on the Record and For Determination of Good Faith Settlement on an Order Shortening Time (ECF No. 129) and Third-Party Defendant MS Concrete Co., Inc.'s Motion to Deem Settlement Agreement and Release of Claims Fully Executed by MS Concrete, Co., Inc.'s on an Order Shortening Time (ECF No. 133).

      IT IS HEREBY ORDERED that any opposition to Third-Party Defendant MS Concrete Co., Inc.'s Motion to Place Settlement on the Record and For Determination of Good Faith Settlement on an Order Shortening Time (ECF No. 129) and Third-Party Defendant MS Concrete Co., Inc.'s Motion to Deem Settlement Agreement and Release of Claims Fully Executed by MS Concrete, Co., Inc.'s on an Order Shortening Time (ECF No. 133) must be filed on or before September 6, 2016.  No reply necessary.

      IT IS HEREBY ORDERED that a hearing on Third-Party Defendant MS Concrete Co., Inc.'s Motion to Place Settlement on the Record and For Determination of Good Faith Settlement on an Order Shortening Time (ECF No. 129) and Third-Party Defendant MS Concrete Co., Inc.'s Motion to Deem Settlement Agreement and Release of Claims Fully Executed by MS Concrete, Co., Inc.'s on an Order

///

Shortening Time (ECF No. 133) is scheduled for 3:00 p.m., September 8, 2016, in courtroom 3D.

DATED this 25th day of August, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE