# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| AZURE MANOR/RANCHO DE PAZ HOMEOWNERS ASSOCIATION, *et al.*, | Case No. 2:15-cv-01623-GMN-VCF |
| Plaintiffs, | |
| vs. | **ORDER** |
| D.R. HORTON, INC., *et al.*, | |
| Defendants. | |

Before the court is Third Party Defendant M&M Construction, Inc.'s Motion to Deem Settlement Agreement Executed on an Order Shortening Time (ECF NO. 137).

IT IS HEREBY ORDERED that a hearing on Third Party Defendant M&M Construction, Inc.'s Motion to Deem Settlement Agreement Executed on an Order Shortening Time (ECF NO. 137) is scheduled for 3:00 p.m., September 29, 2016, in Courtroom 3D.

IT IS FURTHER ORDERED that any opposition to Third Party Defendant M&M Construction, Inc.'s Motion to Deem Settlement Agreement Executed on an Order Shortening Time (ECF NO. 137) must be filed on or before September 26, 2016. No reply necessary.

DATED this 20th day of September, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE