Scott P. Kelsey, Esq., SBN 7770
David Bray, Esq., SBN 12706
ANGIUS & TERRY LLP
1120 N. Town Center Dr., Ste. 260
Las Vegas, NV 89144
Telephone: (702) 990-2017
Facsimile:  (702) 990-2018
skelsey@angius-terry.com
dbray@angius-terry.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| AZURE MANOR/RANCHO DE PAZ HOMEOWNERS ASSOCIATION, a Nevada residential, common-interest planned community,<br><br>　　　Plaintiff,<br>v.<br><br>D.R. HORTON, INC., a Delaware corporation; U.S. HOME CORPORATION, a Delaware corporation; LENNAR CORPORATION, a Nevada corporation; LENNAR SALES CORP. a California corporation, and DOES 1-100, inclusive, and DOES 1-225, inclusive,<br><br>　　　Defendants. | Case No.: 2:15-cv-01623-GMN-VCF<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINES FOR DEFENDANT D.R. HORTON, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT** |

In accordance with the Federal Rules of Civil Procedure and Local Rules, Plaintiff AZURE MANOR/RANCHO DE PAZ HOMEOWNERS ASSOCIATION ("PLAINTIFF") and Defendant/Third-Party Plaintiff D.R. HORTON, INC. ("DRH") hereby stipulate and agree to and jointly move this Honorable Court for an Order extending the deadlines for PLAINTIFF's Opposition to DRH's Motion for Partial Summary Judgment from September

///

///

///

23, 2016 to September 30, 2016, and DRH's Reply in Support of its Motion for Partial Summary Judgment shall be ten (10) days after Plaintiff files its Opposition.

IT IS SO STIPULATED.

Dated the 22nd day of September, 2016.    Dated the 22nd day of September, 2016.

ANGIUS & TERRY LLP                            WOOD, SMITH, HENNING & BERMAN LLP

    */s/ David Bray*                              */s/ Elisa Wyatt*
By: _____           By: _____
Scott P. Kelsey, Esq., SBN 7770               Joel D. Odou, Esq., SBN 7468
David Bray, Esq., SBN 12706                   Elisa L. Wyatt, Esq., SBN 13034
1120 N. Town Center Dr., Ste. 260             7674 West Lake Mead Blvd., Ste. 150
Las Vegas, NV 89144                           Las Vegas, NV 89128-6644
*Attorneys for Plaintiff*                     *Attorneys for Defendant/Third-Party Plaintiff D.R. Horton, Inc*.

## ORDER

    IT IS HEREBY ORDERD that the deadline for PLAINTIFF to file its Opposition to DRH's Motion for Partial Summary Judgment is September 30, 2016.

    IT IS FURTHER ORDERED that the deadline for DEFENDANT to file its Reply in Support of its Motion for Partial Summary Judgment shall be ten (10) days after Plaintiff files its Opposition.

    **IT IS SO ORDERED.**

    DATED this __27__ day of September, 2016.

                                      _____
                                         UNITED STATES DISTRICT JUDGE

**Respectfully Submitted By:**
ANGIUS & TERRY LLP

    */s/ David Bray*
By: _____
Scott P. Kelsey, Esq., SBN 7770
David Bray, Esq., SBN 12706
1120 N. Town Center Dr., Ste. 260
Las Vegas, NV 89144
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of September, 2016, a true and correct copy of the foregoing *STIPULATION AND ORDER TO EXTEND DEADLINES FOR DEFENDANT D.R. HORTON, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT* was served via the United States District Court CM/ECF system on all parties or persons requiring notice.

*/s/ Amy McConnell*
_____
An Employee of Angius & Terry LLP