MARTIN M. MANKE, ESQ.
Nevada Bar No. 007077
STEVEN L. FOREMASTER, ESQ.
Nevada Bar No. 10350
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
E-Mail: Martin.Manke@lewisbrisbois.com
E-Mail: Steven.Foremaster@lewisbrisbois.com
Tel: 702.893.3383
Fax: 702.893.3789

Attorneys for Third-Party Defendant
M S CONCRETE CO., INC.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| AZURE MANOR/RANCHO DE PAZ HOMEOWNERS ASSOCIATION, a Nevada residential, common-interest planned community,<br><br>                     Plaintiff,<br><br>          vs.<br><br>D.R. HORTON, INC., a Delaware corporation; U.S. HOME CORPORATION, a Delaware corporation; LENNAR CORPROATION, a Nevada corporation; LENNAR SALES CORP., a California corporation, and DOES 1-225, inclusive,<br><br>                     Defendants. | CASE NO. 2:15-cv-01623-GMN-VCF<br><br><br><br>**STIPULATION AND ORDER FOR DISMISSAL OF M S CONCRETE CO., INC. WITH PREJUDICE** |
| US HOME CORPORATION, a Delaware corporation,<br><br>                Third Party Plaintiff,<br><br>          vs.<br><br>AMERICAN ASPHALT & GRADING COMPANY, a Nevada corporation; M&M CONSTRUCTION, INC, a Nevada corporation; TERRA CONTRACTING, INC., a Nevada corporation; NEVADA LANDSCAPE CORP., a Nevada corporation; MS CONCRETE CO., INC., a Nevada | |

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4837-0654-7770.1

corporation; THE SYLVANIE COMPANIES,
INC. dba DRAKE ASPHALT &
CONCRETE. a Nevada company: C&H
CONCRETE, LLC dba CORONADO
CONCRETE, a Nevada limited liability
company; NEW CREATION MASONRY,
INC., a Nevada corporation; MSI
LANDSCAPING, INC., a Nevada corporation
fka MIST SYSTEMS INTERNATIONAL, a
Nevada corporation,

Cross-Defendant.

## STIPULATION AND ORDER FOR DISMISSAL OF M S CONCRETE CO., INC. WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED to by Defendants/Third-Party Plaintiffs,

US HOME CORPORATION, LENNAR CORPORATION and LENNAR SALES

CORPORATION, and Third-Party Defendant, M S CONCRETE CO., INC., by and through their

respective counsel of record, that any and all claims among and between the above-named parties,

be dismissed with prejudice, each party to bear their own fees and costs incurred herein.

IT IS SO STIPULATED.

PAYNE & FEARS LLP                    LEWIS BRISBOIS BISGAARD & SMITH LLP

By: _/s/ Sarah J. Odia_                    By: _/s/ Steven L. Foremaster_
    GREGORY H. KING, ESQ.                      MARTIN M. MANKE, ESQ.
    Nevada Bar No. 007777                      Nevada Bar No. 007077
    SARAH J. ODIA, ESQ.                        STEVEN L. FOREMASTER, ESQ.
    Nevada Bar No. 011053                      Nevada Bar No. 010350
    7251 W. Lake Mead Blvd., Ste. 525          6385 S. Rainbow Blvd., Ste. 600
    Las Vegas, NV 89128                        Las Vegas, Nevada 89118
    Attorneys for Defendants/                  Attorneys for Third-Party Defendant
    Third-Party Plaintiffs                     M S CONCRETE CO., INC.
    US HOME CORPORATION; LENNAR
    CORPORATION and LENNAR SALES
    CORPORATION

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4837-0654-7770.1                              2

## ORDER

UPON STIPULATION OF THE PARTIES, and good cause appearing, it is hereby:

ORDERED, ADJUDGED and DECREED that all claims between Defendants/Third-Party Plaintiffs, US HOME CORPORATION, LENNAR CORPORATION and LENNAR SALES CORPORATION, and Third-Party Defendant, M S CONCRETE CO., INC., be, and the same are, HEREBY DISMISSED with prejudice, each party to bear their own fees and costs incurred herein.

DATED this __7__ day of October, 2016.

_____
U.S. DISTRICT COURT JUDGE

Respectfully Submitted By:

LEWIS BRISBOIS BISGAARD & SMITH LLP


_/s/ Steven L. Foremaster_
MARTIN M. MANKE, ESQ.
Nevada Bar No. 007077
STEVEN L. FOREMASTER, ESQ.
Nevada Bar No. 010350
6385 South Rainbow Boulevard, Suite 600
Las Vegas, Nevada  89118
Attorneys for Third-Party Defendant,
M S CONCRETE CO., INC.

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4837-0654-7770.1

3