SAO
Kevin A. Brown, Esq. (Bar #7621)
Aaron M. Young, Esq. (Bar #8317)
BROWN, BONN & FRIEDMAN, LLP
5528 South Fort Apache Road
Las Vegas, NV 89148
(702) 942-3900
(702) 942-3901 FAX
kbrown@brownbonn.com
ayoung@brownbonn.com

Attorneys for Third-Party Defendant
MSI LANDSCAPING, INC.

```
         FILED          RECEIVED
         ENTERED        SERVED ON
                  COUNSEL/PARTIES OF RECORD

              OCT 0 6 2016

         CLERK US DISTRICT COURT
           DISTRICT OF NEVADA
  BY:_____DEPUTY
```

UNITED STATES DISTRICT COURT

CLARK COUNTY, NEVADA

| | |
|---|---|
| AZURE MANOR/RANCHO DE PAZ HOMEOWNERS ASSOCIATION, a Nevada residential common-interest planned community,<br><br>Plaintiffs,<br><br>v.<br><br>D.R. HORTON, INC., a Delaware corporation; U.S. HOME CORPORATION, a Delaware corporation; LENNAR CORPORATION, a Nevada corporation; LENNAR SALES CORP., a California corporation, and DOES 1-225, inclusive,<br><br>Defendants. | CASE NO.: 2:15-cv-01623-GMN-VCF<br><br>(ELECTRONIC FILING CASE)<br><br>STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE OF THIRD-PARTY DEFENDANT MSI LANDSCAPING, INC. |
| D.R. HORTON, INC., a Delaware Corporation,<br><br>Third-Party Plaintiff,<br><br>v.<br><br>AMERICAN ASPHALT & GRADING COMPANY, a Nevada corporation; BEBOUT CONCRETE INC., a Nevada corporation; BRAVO UNDERGROUND, INC., a Nevada corporation; NEVADA LANDSCAPE CORP. d/b/a L & J LANDSCAPE, a Nevada corporation; NEW CREATON MASONRY | |

-1-

|   |   |
|---|---|
| 1  | INC., a Nevada corporation; SOUTHERN NEVADA PAVING, INC., a Nevada corporation, |
| 2  |   |
| 3  | Third-Party Defendants. |
| 4  | U.S HOME CORPORATION, a Delaware corporation, |
| 5  |   |
| 6  | Third-Party Plaintiff, |
| 7  | v. |
| 8  | AMERICAN ASPHALT & GRADING COMPANY, a Nevada corporation; M&M CONSTRUCTION, INC., a Nevada corporation; TERRA CONTRACTING, INC., a Nevada corporation; NEVADA LANDSCAPE CORP., a Nevada corporation; MS CONCRETE CO., INC., a Nevada corporation; THE SYLVANIE COMPANIES, INC. dba DRAKE ASPHALT & CONCRETE, a Nevada company; C&H CONCRETE, LLC dba CORONADO CONCRETE, a Nevada limited liability company; NEW CREATION MASONRY, INC., a Nevada corporation; MSI LANDSCAPING, INC. fka MIST SYSTEMS INTERNATIONAL, a Nevada corporation, |

FILED / ENTERED / RECEIVED / SERVED ON COUNSEL/PARTIES OF RECORD

OCT 0 6 2016

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

Third-Party Defendants.

## STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE OF THIRD-PARTY DEFENDANT MSI LANDSCAPING, INC.

COMES NOW, Third-Party Plaintiff, U.S. HOME CORPORATION, by and through its attorney, Sarah J. Odia, Esq., of the law firm of PAYNE & FEARS, and Third-Party Defendant, MSI LANDSCAPING, INC. by and through its attorney of record, Kevin A. Brown and Aaron M. Young, of the law firm of BROWN, BONN & FRIEDMAN, LLP, hereby agrees to stipulate to dismiss Third-Party Defendant, MSI LANDSCAPING, INC., with prejudice, each party to bear its own attorney's fees and costs.

/ / /

/ / /

/ / /

/ / /

-2-

STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE
OF THIRD-PARTY DEFENDANT MSI LANDSCAPING, INC.

1     This Stipulation is entered into in good faith, in the interests of judicial economy and not
2 for the purposes of delay.

4   DATED: October 3, 2016     PAYNE & FEARS

/s/ *Sarah J. Odia*
Sarah J. Odia, Esq. (Bar #11053)
PAYNE & FEARS
7251 West Lake Mead Blvd. Suite 525
Las Vegas, NV 89128
Attorneys for U.S. HOME CORPORATION

10   DATED:     BROWN, BONN & FRIEDMAN, LLP

Kevin A. Brown, Esq. (Bar #7621)
Aaron M. Young, Esq. (Bar #8317)
BROWN, BONN & FRIEDMAN, LLP
5528 South Fort Apache Road
Las Vegas, NV 89148
Attorneys for MSI LANDSCAPING, INC.

STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE
OF THIRD-PARTY DEFENDANT MSI LANDSCAPING, INC.

## ORDER

The parties have stipulated and agreed to the dismissal of the Third-Party Defendant, MSI LANDSCAPING, INC., as set forth in the Stipulation, and good cause appearing.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Third-Party Plaintiff, U.S. HOME CORPORATION'S, Third-Party Complaint as to Third-Party Defendant, MSI LANDSCAPING, INC., be dismissed with prejudice, each party to bear their own respective attorney's fees and costs herein.

Dated: October 17, 2016

_____
Gloria M. Navarro, Chief Judge
United States District Judge

Submitted by:

BROWN, BONN & FRIEDMAN, LLP

_____
Kevin A. Brown, Esq. (Bar #7621)
Aaron M. Young, Esq. (Bar #8317)
BROWN, BONN & FRIEDMAN, LLP
5528 South Fort Apache Road
Las Vegas, NV 89148

Attorneys for MSI LANDSCAPING, INC.

-4-

STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE
OF THIRD-PARTY DEFENDANT MSI LANDSCAPING, INC.

**BROWN, BONN & FRIEDMAN, LLP**
5528 South Fort Apache Road
Las Vegas, Nevada 89148

Attn: Clerk of the Court
**UNITED STATES COURT FOR THE DISTRICT OF NEVADA**
333 S. Las Vegas Blvd.
Las Vegas, NV 89101

89101$7071 C075

02 1P
0001669425   OCT 04 2016
MAILED FROM ZIP CODE 89148
$ 000.67⁵
PITNEY BOWES
UNITED STATES POSTAGE