Gregory H. King
Nevada Bar No. 7777
ghk@paynefears.com
Sarah J. Odia
Nevada Bar No. 11053
sjo@paynefears.com
PAYNE & FEARS LLP
7251 W. Lake Mead Blvd., Suite 525
Las Vegas, Nevada 89128
Telephone: (702) 851-0300
Facsimile: (702) 851-0315

Attorneys for Defendants and Third-Party Plaintiffs
U.S. HOME CORPORATION; LENNAR CORPORATION;
and LENNAR SALES CORP.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

AZURE MANOR/RANCHO DE PAZ HOMEOWNERS ASSOCIATION, a Nevada residential, common-interest planned community,

Plaintiff,

v.

D.R. HORTON, INC., a Delaware corporation; U.S. HOME CORPORATION, a Delaware corporation; LENNAR CORPORATION, a Nevada corporation; LENNAR SALES CORP., a California corporation, and DOES 1-225, inclusive,

Defendants.

U.S. HOME CORPORATION, a Delaware corporation,

Third-Party Plaintiff.

v.

AMERICAN ASPHALT & GRADING COMPANY, a Nevada corporation; M&M CONSTRUCTION, INC, a Nevada corporation; TERRA CONTRACTING, INC., a Nevada corporation; NEVADA LANDSCAPE CORP., a Nevada corporation; MS CONCRETE CO., INC., a Nevada corporation; THE SYLVANIE COMPANIES, INC. dba DRAKE ASPHALT &

CASE NO.: 2:15-cv-01623-GMN-VCF

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANTS US HOME CORPORATION, LENNAR CORPORATION, AND LENNAR SALES CORPORATION (ONLY)**

CONCRETE, a Nevada company; C&H CONCRETE, LLC dba CORONADO CONCRETE, a Nevada limited liability company; NEW CREATION MASONRY, INC., a Nevada corporation; MSI LANDSCAPING, INC., a Nevada corporation fka MIST SYSTEMS INTERNATIONAL, a Nevada corporation,

Third-Party Defendants.

Plaintiff Azure Manor/Rancho De Paz Homeowners Association hereby dismisses, with prejudice, its Complaint against Defendants US Home Corporation, Lennar Corporation, and Lennar Sales Corporation, only, with each party to bear its own fees and costs.

DATED: November 9, 2016

ANGIUS & TERRY LLP

By */s/ Scott P. Kelsey*

SCOTT P. KELSEY, NV Bar No. 7770
1120 N. Town Center Dr., Ste. 260
Las Vegas, Nevada 89144
Tel. (702) 990-2017

Attorneys for Plaintiff AZURE MANOR/RANCHO DE PAZ HOMEOWNERS ASSOCIATION

PAYNE & FEARS LLP
ATTORNEYS AT LAW
7251 W. LAKE MEAD BLVD., SUITE 525
LAS VEGAS, NEVADA 89128
(702) 851-0300

DATED: November 9, 2016

PAYNE & FEARS LLP

By /s/ Sarah J. Odia
GREGORY H. KING, NV Bar No. 7777
SARAH J. ODIA, NV Bar No. 11053
7251 W. Lake Mead Blvd., Suite 525
Las Vegas, Nevada 89128
Tel. (702) 851-0300

Attorneys for Defendants and Third-Party Plaintiffs U.S. HOME CORPORATION; LENNAR CORPORATION; and LENNAR SALES CORP.

**ORDER**

IT IS SO ORDERED.

Dated: November 14, 2016

UNITED STATES DISTRICT COURT JUDGE

4852-6852-6140.1

PAYNE & FEARS LLP
ATTORNEYS AT LAW
7251 W. LAKE MEAD BLVD., SUITE 525
LAS VEGAS, NEVADA 89128
(702) 851-0300