1  LUCIAN J. GRECO, JR., ESQ.
   Nevada State Bar No. 10600
2  CHATA N. HOLT, ESQ.
   Nevada State Bar No. 12228
3  BREMER WHYTE BROWN & O'MEARA LLP
   1160 N. TOWN CENTER DRIVE
4  SUITE 250
   LAS VEGAS, NV 89144
5  TELEPHONE:  (702) 258-6665
   FACSIMILE:  (702) 258-6662
6  lgreco@bremerwhyte.com
   cholt@bremerwhyte.com
7
   Attorneys for Third-Party Defendant,
8  M&M CONSTRUCTION, INC.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| AZURE MANOR/RANCHO DE PAZ HOMEOWNERS ASSOCIATION, a Nevada residential, common-interest planned community,<br><br>　　　　Plaintiff,<br>vs.<br><br>D.R. HORTON, INC., a Delaware corporation; U.S. HOME CORPORATION, a Delaware corporation; LENNAR CORPORATION, a Nevada corporation; LENNAR SALES CORP., a California corporation, and DOES 1-225, inclusive,<br><br>　　　　Defendants. | Case No. 2:15-cv-01623-GMN-VCF<br><br>**STIPULATION AND ORDER DISMISSING U.S. HOME CORPORATION'S THIRD-PARTY COMPLAINT AGAINST THIRD-PARTY DEFENDANT M&M CONSTRUCTION WITH PREJUDICE** |
| U.S. HOME CORPORATION, a Delaware corporation,<br><br>　　　　Third-Party Plaintiff,<br>vs.<br><br>AMERICAN ASPHALT & GRADING COMPANY, a Nevada corporation; M&M CONSTRUCTION, INC., a Nevada corporation; TERRA CONTRACTING, INC., a Nevada corporation; NEVADA LANDSCAPE CORP., a Nevada corporation; MS CONCRETE CO., INC., a Nevada corporation; THE SYLVANIE COMPANIES, INC. dba DRAKE ASPHALT & CONCRETE, a Nevada company; C&H CONCRETE, LLC dba CORONADO CONCRETE, a Nevada limited liability company; NEW CREATION MASONRY, INC., | |

BREMER WHYTE BROWN & O'MEARA LLP
1160 N. Town Center Drive
Suite 250
Las Vegas, NV  89144
(702) 258-6665

H:\1933\081\PDF\Settlement\U.S. Home\SODW.docx

| | |
|---|---|
| 1 | a Nevada corporation; MSI LANDSCAPING, ) |
| | INC., a Nevada corporation fka MIST SYSTEMS ) |
| 2 | INTERNATIONAL, a Nevada corporation,, ) |
| | ) |
| 3 | Third-Party Defendants. ) |
| | ) |

5   It is hereby stipulated and agreed to between Defendant/Third-Party Plaintiff U.S. HOME
6 CORPORATION, by through its attorneys of record Gregory H. King, Esq. and Sarah J. Odia, Esq.
7 of the law firm of PAYNE & FEARS, LLP and Third-Party Defendant M&M CONSTRUCTION,
8 INC. by and through its attorneys of record, Lucian J. Greco, Jr., Esq. and Chata N. Holt, Esq. of
9 the law firm of BREMER, WHYTE, BROWN & O'MEARA, LLP, hereby stipulate that U.S.
10 HOME CORPORATION'S Third-Party Complaint against M&M CONSTRUCTION, INC. is
11 hereby DISMISSED WITH PREJUDICE, along with any and all claims U.S. HOME
12 CORPORATION has against M&M CONSTRUCTION, INC. in this matter. Each party is to bear
13 their own attorneys' fees and costs.

15 DATED this 10<u>th</u> day of November, 2016      DATED this 10<u>th</u> day of November, 2016

16 **PAYNE & FEARS, LLP**                         **BREMER WHYTE BROWN & O'MEARA, LLP**

18 By:*/s/ Sarah J. Odia*                          By: _____
19   Gregory H. King, Esq.                           Lucian J. Greco, Jr., Esq.
     Nevada Bar No. 7777                             Nevada Bar No. 10600
20   Sarah J. Odia, Esq.                             Chata Holt, Esq.
     Nevada Bar No. 11053                            Nevada Bar No. 12228
21   7251 W. Lake Mead Blvd., #525                   1160 N. Town Center Dr., #250
     Las Vegas, Nevada 89128                         Las Vegas, Nevada 89144
22   Attorneys for Defendants/Third-Party            Attorneys for Third-Party Defendant,
     Plaintiffs, U.S. HOME CORPORATION,              M&M CONSTRUCTION, INC.
23   LENNAR CORPORATION and LENNAR
     SALES CORP.

BREMER WHYTE BROWN &
O'MEARA LLP
1160 N. Town Center Drive
Suite 250
Las Vegas, NV 89144
(702) 258-6665

2

H:\1933\081\PDF\Settlement\U.S. Home\SODW.docx

## **ORDER**

IT IS HERBY ORDERED, ADJUDGED, AND DECREED that U.S. HOME CORPORATION'S Third-Party Complaint against M&M CONSTRUCTION, INC. shall be dismissed with prejudice and that the parties shall bear their own attorneys' fees and costs in connection with these claims.

Dated this <u>  15  </u> day of November, 2016

_____
UNITED STATES DISTRICT COURT JUDGE

Respectfully Submitted By:
BREMER WHYTE BROWN & O'MEARA LLP

By: _____
Lucian J. Greco, Jr., Esq.
Nevada Bar No. 10600
Chata Holt, Esq.
Nevada Bar No. 12228
Attorneys for Third-Party Defendant,
M&M CONSTRUCTION, INC.

BREMER WHYTE BROWN & O'MEARA LLP
1160 N. Town Center Drive
Suite 250
Las Vegas, NV 89144
(702) 258-6665

3

H:\1933\081\PDF\Settlement\U.S. Home\SODW.docx