UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

AZURE MANOR/RANCHO DE PAZ HOMEOWNERS ASSOCIATION, *et al.*,

Plaintiffs,

vs.

D.R. HORTON, INC., *et al.*,

Defendants.

Case No. 2:15-cv-01623-GMN-VCF

**ORDER**

Before the court is Third Party Defendant M&M Construction, Inc.'s Motion to Request An Exception to the Settlement Conference Attendance Requirements (ECF No. 179).

IT IS HEREBY ORDERED that any opposition to Third Party Defendant M&M Construction, Inc.'s Motion to Request An Exception to the Settlement Conference Attendance Requirements (ECF No. 179) must be filed on or before December 22, 2016.  No reply necessary.

DATED this 15th day of December, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE