# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| AZURE MANOR/RANCHO DE PAZ HOMEOWNERS ASSOCIATION, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> D.R. HORTON, INC., *et al.*, <br><br> Defendants. | Case No. 2:15-cv-01623-GMN-VCF <br><br> **ORDER** <br> [Motion to Request An Exception to the Settlement Conference Attendance Requirements (ECF No. 179)] |

Before the court is Third Party Defendant M&M Construction, Inc.'s Motion to Request An Exception to the Settlement Conference Attendance Requirements (ECF No. 179).

The time to file any opposition to the instant motion has passed. (ECF No. 180). No opposition has been filed. Under LR 7-2(d), the failure of an opposing party to file points and authorities in response to any motion, except a motion under Fed. R. Civ. P. 56 or a motion for attorney's fees, constitutes a consent to the granting of the motion. Here, it would seem that the other parties have consented to the granting of Third Party Defendant M&M Construction, Inc.'s Motion to Request An Exception to the Settlement Conference Attendance Requirements (ECF No. 179).

Accordingly,

IT IS HEREBY ORDERED that Third Party Defendant M&M Construction, Inc.'s Motion to Request An Exception to the Settlement Conference Attendance Requirements (ECF No. 179) is GRANTED. Ms. McCord may attend the January 5, 2017 Settlement Conference in this matter in lieu of M&M's insurance carrier representative.

DATED this 23rd day of December, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE