1  EILEEN MULLIGAN MARKS, ESQ.
   Bar No. 005708
2  THE MARKS LAW GROUP, LLP
   1120 Town Center Drive, Suite 200
3  Las Vegas, Nevada 89144
   702-341-7870 / Fax: 702-341-8049
4  efile@markslg.com

5  MELANIE C. POLK, ESQ.
   Bar No. 001048
6  RAY LEGO & ASSOCIATES
   7450 Arroyo Crossing Parkway, Suite 250
7  Las Vegas, Nevada 89113
   702-479-4350 / Fax: 702-270-4602
8  mcpolk@travelers.com

9  Attorneys for Third-Party Defendant
   NEVADA LANDSCAPE CORP.
10

11              UNITED STATES DISTRICT COURT

12                  DISTRICT OF NEVADA

13

| | |
|---|---|
| AZURE MANOR/RANCHO DE PAZ HOMEOWNERS ASSOCIATION, a Nevada residential, common-interest planned community,<br><br>    Plaintiff,<br><br>v.<br><br>D.R. HORTON, INC., a Delaware corporation; U.S. HOME CORPORATION, a Delaware corporation; LENNAR CORPORATION, a Nevada corporation; LENNAR SALES CORP., a California corporation, and DOES 1-225, inclusive,<br><br>    Defendants.<br>_____<br>U.S. HOME CORPORATION, a Delaware corporation,<br><br>    Third-Party Plaintiff,<br><br>v.<br><br>AMERICAN ASPHALT & GRADING COMPANY, a Nevada corporation; M&M CONSTRUCTION, INC., a Nevada corporation; TERRA CONTRACTING, INC., | CASE NO.: 2:15-cv-01623-GMN-VCF<br><br><br><br>**STIPULATION AND ORDER DISMISSING U.S. HOME CORPORATION'S THIRD-PARTY COMPLAINT AGAINST THIRD-PARTY DEFENDANT NEVADA LANDSCAPE CORP., ONLY, WITH PREJUDICE** |

1

{01012485}

| | |
|---|---|
| 1 | a Nevada corporation; NEVADA ) |
| | LANDSCAPE CORP., a Nevada corporation; ) |
| 2 | MS CONCRETE CO., INC., a Nevada ) |
| | corporation; THE SYLVANIE COMPANIES, ) |
| 3 | INC. dba DRAKE ASPHALT & CONCRETE, ) |
| | a Nevada company; C&H CONCRETE, LLC ) |
| 4 | dba CORONADO CONCRETE, a Nevada ) |
| | Limited Liability company; NEW CREATION ) |
| 5 | MASONRY, INC., a Nevada corporation; MSI ) |
| | LANDSCAPING, INC., a Nevada corporation ) |
| 6 | fka MIST SYSTEMS INTERNATIONAL, a ) |
| | Nevada corporation, ) |
| 7 | ) |
| | Third-Party Defendants. ) |
| 8 | ) |
| | D.R. HORTON, INC., a Delaware corporation,) |
| 9 | ) |
| | Defendant/Third-Party Plaintiff, ) |
| 10 | ) |
| | v. ) |
| 11 | ) |
| | AMERICAN ASPHALT & GRADING ) |
| 12 | COMPANY, a Nevada corporation; DEBOUT ) |
| | CONCRETE, INC., a Nevada corporation; ) |
| 13 | BRAVO UNDERGROUND, INC., a Nevada ) |
| | corporation; NEVADA LANDSCAPE CORP.,) |
| 14 | d/b/a L&J LANDSCAPE, a Nevada ) |
| | corporation; MS CONCRETE CO., INC., a ) |
| 15 | Nevada corporation; NEW CREATION ) |
| | MASONRY, INC., a Nevada corporation; ) |
| 16 | SOUTHERN NEVADA PAVING, INC., a ) |
| | Nevada corporation, ) |
| 17 | ) |
| | Third-Party Defendants. ) |
| 18 | ) |

**STIPULATION AND ORDER DISMISSING U.S. HOME CORPORATION'S THIRD-PARTY COMPLAINT AGAINST THIRD-PARTY DEFENDANT NEVADA LANDSCAPE CORP., ONLY, WITH PREJUDICE**

IT IS HEREBY STIPULATED by and between Defendant / Third-Party Plaintiff U.S. HOME CORPORATION, by and through its counsel of record, Gregory H. King, Esq. and Sarah J. Odia, Esq. of PAYNE & FEARS, LLP, and Third-Party Defendant NEVADA LANDSCAPE CORP., by and through its counsel of record, Eileen Mulligan Marks, Esq. of The MARKS LAW GROUP, LLP and Melanie C. Polk, Esq. of RAY LEGO & ASSOCIATES, that Defendant / Third-Party Plaintiff U.S. HOME CORPORATION's Third-Party Complaint against Third-Party

/ / /

/ / /

2

{01012485}

1  Defendant NEVADA LANDSCAPE CORP., only, is to be dismissed, with prejudice, with each
2  party to bear its own attorneys' fees and costs.
3  **IT IS SO STIPULATED.**
4
5  Dated: 1/19/17                    PAYNE & FEARS, LLP
6
7                                    By: _____
8                                    GREGORY H. KING, ESQ.
                                      Bar No. 007777
9                                    SARAH J. ODIA, ESQ.
                                      Bar No. 011053
10                                    7251 W. Lake Mead Blvd., Suite 525
                                      Las Vegas, Nevada 89128
11                                    Attorneys for Defendants
                                      LENNAR CORPORATION and LENNAR SALES CORP.
12                                    and Defendant / Third-Party Plaintiff
                                      U.S. HOME CORPORATION
13
14  Dated: January 31, 2017           THE MARKS LAW GROUP, LLP
15
16                                    By: _____
17                                    EILEEN MULLIGAN MARKS, ESQ.
                                      Bar No. 005708
18                                    1120 Town Center Drive, Suite 200
                                      Las Vegas, Nevada 89144
19                                    Attorneys for Third-Party Defendant
                                      NEVADA LANDSCAPE CORP.
20
21  Dated: _____          RAY LEGO & ASSOCIATES
22
23                                    By: _____
                                      MELANIE C. POLK, ESQ.
24                                    Bar No. 001048
                                      7450 Arroyo Crossing Parkway, Suite 250
25                                    Las Vegas, Nevada 89113
                                      Attorneys for Third-Party Defendant
26                                    NEVADA LANDSCAPE CORP.
27  / / /
28  / / /

3                                                                    {01012485}

1  Defendant NEVADA LANDSCAPE CORP., only, is to be dismissed, with prejudice, with each
2  party to bear its own attorneys' fees and costs.
3      **IT IS SO STIPULATED.**

5  Dated: _____    PAYNE & FEARS, LLP

7      By: _____
8      GREGORY H. KING, ESQ.
    Bar No. 007777
    SARAH J. ODIA, ESQ.
9      Bar No. 011053
    7251 W. Lake Mead Blvd., Suite 525
10     Las Vegas, Nevada 89128
    Attorneys for Defendants
11     LENNAR CORPORATION and LENNAR SALES CORP.
    and Defendant / Third-Party Plaintiff
12     U.S. HOME CORPORATION

14 Dated: _____    THE MARKS LAW GROUP, LLP

16     By: _____
17     EILEEN MULLIGAN MARKS, ESQ.
    Bar No. 005708
    1120 Town Center Drive, Suite 200
18     Las Vegas, Nevada 89144
    Attorneys for Third-Party Defendant
19     NEVADA LANDSCAPE CORP.

21 Dated: Jan 22, 2017    RAY LEGO & ASSOCIATES

23     By: /s/ Melanie C. Polk
24     MELANIE C. POLK, ESQ.
    Bar No. 001048
    7450 Arroyo Crossing Parkway, Suite 250
25     Las Vegas, Nevada 89113
    Attorneys for Third-Party Defendant
26     NEVADA LANDSCAPE CORP.

27  / / /
28  / / /

**ORDER**

**IT IS HEREBY ORDERED** that Defendant / Third-Party Plaintiff U.S. HOME CORPORATION's Third-Party Complaint against Third-Party Defendant NEVADA LANDSCAPE CORP., only, is dismissed, with prejudice, with each party to bear its own attorneys' fees and costs.

Dated: February 2, 2017

_____
UNITED STATES DISTRICT COURT JUDGE
Case No.: 2:15-cv-01623-GMN-VCF

Submitted by:

THE MARKS LAW GROUP, LLP

_____
EILEEN MULLIGAN MARKS
Bar No. 005708
1120 Town Center Drive, Suite 200
Las Vegas, Nevada 89144

Attorneys for Third-Party Defendant
NEVADA LANDSCAPE CORP.

4

{01012485}