# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| AZURE MANOR/RANCHO DE PAZ<br>HOMEOWNERS ASSOCIATION,<br><br>Plaintiff,<br><br>vs.<br><br>D.R. HORTON, INC., *et al.*,<br><br>Defendants. | 2:15-cv-01623-GMN-VCF<br>**MINUTE ORDER** |

Before the Court are M&M Construction, Inc's Motion for Determination of Good Faith Settlement on an Order Shortening Time (ECF No. 190), D.R. Horton, Inc.'s Motion for Determination of Good Faith Settlement (ECF No. 192), and Third-Party Defendant Nevada Landscape Corp.'s Motion for Determination of Good Faith Settlement as to Third-Party Action Brought by D.R. Horton, Inc. (ECF No. 193).

Accordingly,

IT IS HEREBY ORDERED that any opposition to M&M Construction, Inc's Motion for Determination of Good Faith Settlement on an Order Shortening Time (ECF No. 190), D.R. Horton, Inc.'s Motion for Determination of Good Faith Settlement (ECF No. 192), and Third-Party Defendant Nevada Landscape Corp.'s Motion for Determination of Good Faith Settlement as to Third-Party Action Brought by D.R. Horton, Inc. (ECF No. 193) must be filed on or before April 11, 2017. No reply necessary.

IT IS HEREBY ORDERED that a hearing on M&M Construction, Inc's Motion for Determination of Good Faith Settlement on an Order Shortening Time (ECF No. 190), D.R. Horton, Inc.'s Motion for Determination of Good Faith Settlement (ECF No. 192), and Third-Party Defendant Nevada Landscape

Corp.'s Motion for Determination of Good Faith Settlement as to Third-Party Action Brought by D.R. Horton, Inc. (ECF No. 193) is scheduled for 1:00 p.m., April 14, 2017, in courtroom 3D.

DATED this 30th day of March, 2017.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE