# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| AZURE MANOR/RANCHO DE PAZ HOMEOWNERS ASSOCIATION, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> D.R. HORTON, INC., *et al.*, <br><br> Defendants. | Case No. 2:15-cv-01623-GMN-VCF <br><br> **ORDER** |

Before the court is American Asphalt & Grading Company's Motion to Deem Settlement Agreement and Release Executed. (ECF No. 206).

IT IS HEREBY ORDERED that any opposition to American Asphalt & Grading Company's Motion to Deem Settlement Agreement and Release Executed. (ECF No. 206) must be filed on or before noon, June 15, 2017. No reply necessary.

DATED this 13th day of June, 2017.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE