Eileen Mulligan Marks, Esq.
Bar No. 005708
THE MARKS LAW GROUP, LLP
1120 Town Center Drive, Suite 200
Las Vegas, Nevada 89144
702-341-7870 / Fax: 702-341-8049
efile@markslg.com

Melanie C. Polk, Esq.
Bar No. 001048
RAY LEGO & ASSOCIATES
7450 Arroyo Crossing Parkway, Suite 250
Las Vegas, Nevada 89113
702-479-4350 / Fax: 702-270-4602
mcpolk@travelers.com

Attorneys for Third-Party Defendant
NEVADA LANDSCAPE CORP.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| AZURE MANOR/RANCHO DE PAZ HOMEOWNERS ASSOCIATION, a Nevada residential, common-interest planned community, | CASE NO.: 2:15-cv-01623-GMN-VCF |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER DISMISSING D.R. HORTON, INC.'S THIRD-PARTY COMPLAINT AGAINST THIRD-PARTY DEFENDANT NEVADA LANDSCAPE CORP., ONLY, WITH PREJUDICE** |
| D.R. HORTON, INC., a Delaware corporation; U.S. HOME CORPORATION, a Delaware corporation; LENNAR CORPORATION, a Nevada corporation; LENNAR SALES CORP., a California corporation, and DOES 1-225, inclusive, | |
| Defendants. | |
| U.S. HOME CORPORATION, a Delaware corporation, | |
| Third-Party Plaintiff, | |
| v. | |
| AMERICAN ASPHALT & GRADING COMPANY, a Nevada corporation; M&M CONSTRUCTION, INC., a Nevada corporation; TERRA CONTRACTING, INC., | |

1

{01014774}

| | |
|---|---|
| 1 | a Nevada corporation; NEVADA LANDSCAPE CORP., a Nevada corporation; ) |
| 2 | MS CONCRETE CO., INC., a Nevada corporation; THE SYLVANIE COMPANIES, ) |
| 3 | INC. dba DRAKE ASPHALT & CONCRETE,) a Nevada company; C&H CONCRETE, LLC ) |
| 4 | dba CORONADO CONCRETE, a Nevada ) Limited Liability company; NEW CREATION) |
| 5 | MASONRY, INC., a Nevada corporation; MSI) LANDSCAPING, INC., a Nevada corporation ) |
| 6 | fka MIST SYSTEMS INTERNATIONAL, a ) Nevada corporation, ) |
| 7 | ) |
| 8 | Third-Party Defendants. ) |

D.R. HORTON, INC., a Delaware corporation,)

Defendant/Third-Party Plaintiff,

v.

AMERICAN ASPHALT & GRADING
COMPANY, a Nevada corporation; DEBOUT
CONCRETE, INC., a Nevada corporation;
BRAVO UNDERGROUND, INC., a Nevada
corporation; NEVADA LANDSCAPE CORP.,
d/b/a L&J LANDSCAPE, a Nevada
corporation; MS CONCRETE CO., INC., a
Nevada corporation; NEW CREATION
MASONRY, INC., a Nevada corporation;
SOUTHERN NEVADA PAVING, INC., a
Nevada corporation,

Third-Party Defendants.

**STIPULATION AND ORDER DISMISSING D.R. HORTON, INC.'S
THIRD-PARTY COMPLAINT AGAINST THIRD-PARTY DEFENDANT
NEVADA LANDSCAPE CORP., ONLY, WITH PREJUDICE**

IT IS HEREBY STIPULATED by and between Defendant / Third-Party Plaintiff D.R.

HORTON, INC., by and through its counsel of record, Elisa L. Wyatt, Esq. of WOOD, SMITH,

HENNING & BERMAN, LLP, and Third-Party Defendant NEVADA LANDSCAPE CORP., by

and through its counsel of record, Eileen Mulligan Marks, Esq. of The MARKS LAW GROUP, LLP

and Melanie C. Polk, Esq. of RAY LEGO & ASSOCIATES, that Defendant / Third-Party Plaintiff

D.R. HORTON, INC.'s Third-Party Complaint against Third-Party Defendant NEVADA

LANDSCAPE CORP., only, is to be dismissed, with prejudice, with each party to bear its own

attorneys' fees and costs.

2

{01014774}

**IT IS SO STIPULATED.**

Dated: 6-2-17

WOOD, SMITH, HENNING & BERMAN, LLP

By: _____
E Alisa L. Wyatt, Esq.
Bar No. 013034
7674 W. Lake Mead Blvd., Suite 150
Las Vegas, Nevada 89128
Attorneys for Defendant / Third-Party Plaintiff
D.R. HORTON, INC.

Dated: June 5, 2017

THE MARKS LAW GROUP, LLP

By: _____
Eileen Mulligan Marks, Esq.
Bar No. 005708
1120 Town Center Drive, Suite 200
Las Vegas, Nevada 89144
Attorneys for Third-Party Defendant
NEVADA LANDSCAPE CORP.

Dated: _____

RAY LEGO & ASSOCIATES

By: _____
Melanie C. Polk, Esq.
Bar No. 001048
7450 Arroyo Crossing Parkway, Suite 250
Las Vegas, Nevada 89113
Attorneys for Third-Party Defendant
NEVADA LANDSCAPE CORP.

///
///
///
///
///

3

{01014774}

**IT IS SO STIPULATED.**

Dated: _____      WOOD, SMITH, HENNING & BERMAN, LLP


By: _____
Alisa L. Wyatt, Esq.
Bar No. 013034
7674 W. Lake Mead Blvd., Suite 150
Las Vegas, Nevada 89128
Attorneys for Defendant / Third-Party Plaintiff
D.R. HORTON, INC.


Dated: _____      THE MARKS LAW GROUP, LLP


By: _____
Eileen Mulligan Marks, Esq.
Bar No. 005708
1120 Town Center Drive, Suite 200
Las Vegas, Nevada 89144
Attorneys for Third-Party Defendant
NEVADA LANDSCAPE CORP.


Dated: May 26, 2017      RAY LEGO & ASSOCIATES


By: _____
Melanie C. Polk, Esq.
Bar No. 001048
7450 Arroyo Crossing Parkway, Suite 250
Las Vegas, Nevada 89113
Attorneys for Third-Party Defendant
NEVADA LANDSCAPE CORP.

/ / /

/ / /

/ / /

/ / /

/ / /

3

{01014774}

## ORDER

**IT IS HEREBY ORDERED** that Defendant / Third-Party Plaintiff D.R. HORTON, INC.'s Third-Party Complaint against Third-Party Defendant NEVADA LANDSCAPE CORP., only, is dismissed, with prejudice, with each party to bear its own attorneys' fees and costs.

Dated: June 18, 2017

_____
UNITED STATES DISTRICT COURT JUDGE

Submitted by:

THE MARKS LAW GROUP, LLP

_____
Eileen Mulligan Marks
Bar No. 005708
1120 Town Center Drive, Suite 200
Las Vegas, Nevada 89144

Attorneys for Third-Party Defendant
NEVADA LANDSCAPE CORP.

4

{01014774}