# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

AZURE MANOR/RANCHO DE PAZ )
HOMEOWNERS ASSOCIATION, )
) Case No.: 2:15-cv-01623-GMN-VCF
Plaintiff, )
) **ORDER**
vs. )
)
D.R. HORTON, INC. *et al.*, )
)
Defendants. )
)

Pending before the Court are the Reports and Recommendations, (ECF Nos. 83, 109, 110, 198, 199, 200, 201, and 204), which recommend, *inter alia*, granting the parties' motions for determination of good faith settlements.

A party may file specific written objections to the findings and recommendations of a United States Magistrate Judge made pursuant to Local Rule IB 1-4. 28 U.S.C. § 636(b)(1)(B); D. Nev. R. IB 3-2. Upon the filing of such objections, the Court must make a de novo determination of those portions to which objections are made. *Id*. The Court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the Magistrate Judge. 28 U.S.C. § 636(b)(1); D. Nev. IB 3-2(b). Where a party fails to object, however, the Court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985). Indeed, the Ninth Circuit has recognized that a district court is not required to review a magistrate judge's report and recommendation where no objections have been filed. *See, e.g.*, *United States v. Reyna–Tapia*, 328 F.3d 1114, 1122 (9th Cir. 2003).

Here, no objections were filed, and the deadlines to do so have passed.

Accordingly,

**IT IS HEREBY ORDERED** that the Reports and Recommendations, (ECF Nos. 83, 109, 110, 198, 199, 200, 201, and 204), are **ACCEPTED and ADOPTED in full**.

**IT IS FURTHER ORDERED** that pursuant to the Report and Recommendation entered on May 26, 2017, all claims against all parties are dismissed with prejudice, each side bearing its costs and attorney fees.

The Clerk is instructed to close the case.

**DATED** this __22__ day of June, 2017.

_____
Gloria M. Navarro, Chief Judge
United States District Court